IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH ALBERT TAYLOR,<br><br>              Plaintiff,<br><br>      vs.<br><br>NE DEPARTMENT OF CORRECTIONS,<br>NE DIVISION OF PAROLE,  CITY OF<br>LINCOLN, NE,  LABOR MAX STAFFING,<br>MATT TALBOT OUTREACH, JENNIFER<br>KRIEKEMEIER,  JACQUELYN  RENAE<br>ROBERTSON, and  HONU HOME, M.H.A.;<br><br>              Defendants. | **4:25CV3141**<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed his Complaint, Filing No. 1, in this matter on July 7, 2025, while he was incarcerated.  The Court granted him leave to proceed in forma pauperis on July 28, 2025, also while he was incarcerated.  *See* Filing No. 11.  Plaintiff filed a change of address on January 26, 2026, indicating that he is no longer incarcerated.  *See* Filing No. 20.

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis.  Plaintiff may, in the alternative, pay the Court's $405.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1.     Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the Court's $405.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2

2.     The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3.     The Clerk of the Court is directed to set a pro se case management deadline with the following text: **March 2, 2026**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 29th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge