IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH ALBERT TAYLOR,

Plaintiff,

vs.

NE DEPARTMENT OF CORRECTIONS, NE DIVISION OF PAROLE, CITY OF LINCOLN, NE, LABOR MAX STAFFING, MATT TALBOT OUTREACH, JENNIFER KRIEKEMEIER, JACQUELYN RENAE ROBERTSON, and HONU HOME, M.H.A.;

Defendants.

4:25CV3141

MEMORANDUM AND ORDER

Plaintiff, who advised he is no longer incarcerated, filed Motions for Leave to Proceed in Forma Pauperis. Filing No. 22; Filing No. 23. Upon review of Plaintiff's motions, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1.    Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2.    The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 12th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge